**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Svetness, Corp.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-3883552** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **50 Catoctin Circle NE, Suite 101 Leesburg, VA 20176** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Loudoun** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.svetness.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Svetness, Corp.**
_____   Case number (*if known*) _____
Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

      7139

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

Debtor    **Svetness, Corp.**
    Name                                         Case number (*if known*)

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Svetness Fitness and Nutrition Corporation** | Relationship | **Affiliate** |
| | District | **E.D.VA.**     When **2/17/26** | Case number, if known | **TBD** |

---

**11. Why is the case filed in this district?**
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Svetness, Corp.**                                          Case number (*if known*) _____
           Name

▬▬▬    **Request for Relief, Declaration, and Signatures**
_____

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 17, 2026**
               MM / DD / YYYY

**X** **/s/ Svetlozar Zurkov**                              **Svetlozar Zurkov**
_____              _____
Signature of authorized representative of debtor              Printed name

Title    **President**
         _____

_____

**18. Signature of attorney**

**X** **/s/ Justin P. Fasano**                    Date    **February 17, 2026**
_____                   _____
Signature of attorney for debtor                               MM / DD / YYYY

**Justin P. Fasano**
_____
Printed name

**McNamee Hosea,  P.A.**
_____
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
_____
Number, Street, City, State & ZIP Code

Contact phone    **301-441-2420**        Email address    **jfasano@mhlawyers.com**

**75983 VA**
_____
Bar number and State

**Resolutions of**
**SVETNESS, CORP.**

WHEREAS, the undersigned, being the president and sole director of Svetness, Corp. (the  "Company"), does hereby resolve as follows:

WHEREAS, the Company has determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Company has determined that it is in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 11 Case"); and

WHEREAS, the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing or liquidating through a chapter 11 bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions of chapter 11 of the Bankruptcy Code in such form and at such time as the Company shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Company and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Company shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on

behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Company to seek relief of behalf of the Company under chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

Date: February 17, 2026                    SVETNESS, CORP.

_____ /s/ Svetlozar Zurkov
By: Svetlozar Zurkov
President and sole director

**Fill in this information to identify the case:**

Debtor name    **Svetness, Corp.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 17, 2026**    X **/s/ Svetlozar Zurkov**
                                          Signature of individual signing on behalf of debtor

                                          **Svetlozar Zurkov**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Svetness, Corp.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administra 409 3rd Street, S.W Washington, DC 20416** | | **All assets, market value unknown** | | **$1,875,186.60** | **$0.00** | **$1,875,186.60** |
| **Grasshopper Bank 261 5th Avenue Suite 610 New York, NY 10016** | | **All assets, market value unknown** | | **$484,044.22** | **$0.00** | **$484,044.22** |
| **Fox Funding Group, LLC 803 S. 21st Avenue Hollywood, FL 33020** | | **All assets, market value unknown** | | **$300,320.68** | **$0.00** | **$300,320.68** |
| **Holly Funding LLC 10800 Biscayne Blvd Ste 630 Miami, FL 33161** | | **All assets, market value unknown** | | **$274,652.64** | **$0.00** | **$274,652.64** |
| **DivvyPay, Inc. 13707 South 200 West Draper, UT 84020** | | **Credit Card** | | | | **$248,845.59** |
| **National Funding Inc. 4380 La Jolla Village Drive San Diego, CA 92122** | | **All assets, market value unknown** | | **$235,703.15** | **$0.00** | **$235,703.15** |
| **In Advance Capital 10 West 37th Street Suite 6E New York, NY 10018** | | **All assets, market value unknown** | | **$215,625.00** | **$0.00** | **$215,625.00** |
| **Kyle Myers 19334 Emerland Park Drive Leesburg, VA 20175** | | **All assets, market value unknown** | | | | **$206,944.48** |

| Debtor | **Svetness, Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ODK Capital LLC 450 Veterans Memorial Pkwy Ste East Providence, RI 02914** | | All assets, market value unknown | | $198,693.50 | $0.00 | $198,693.50 |
| **JPMorgan Chase Bank NA 270 Park Avenue New York, NY 10017** | | Credit Cards | | | | $140,901.23 |
| **SQ Advance, LLC 7901 4th Street North Suite 300 Saint Petersburg, FL 33702** | | All assets, market value unknown | | $137,288.15 | $0.00 | $137,288.15 |
| **American Express 200 Vesey St, New York, NY 10285** | | Credit Cards | | | | $134,057.96 |
| **Bay First National Bank 700 Central Avenue Saint Petersburg, FL 33701** | | All assets, market value unknown | | $132,727.08 | $0.00 | $132,727.08 |
| **Maison Capital Group Inc. 4601 Sheridan St Suite 320 Hollywood, FL 33021** | | All assets, market value unknown | | $116,379.32 | $0.00 | $116,379.32 |
| **Capital One 1957 W. Moreland Road Richmond, VA 23276** | | Credit Cards | | | | $91,196.00 |
| **Pillsbury Winthrop Shaw Pittma 1200 17th St NW, Washington, DC 20036** | | Legal | | | | $82,649.92 |
| **JPMorgan Chase Bank NA 270 Park Avenue New York, NY 10017** | | All assets, Chase bank account, market value unknown | | $65,818.95 | $0.00 | $65,818.95 |
| **Well Fargo Bank 333 Market Street San Francisco, CA 94105** | | Credit Card | | | | $49,993.35 |
| **Brex 270 Brannan St, San Francisco, CA 94107** | | Credit Card | | | | $49,720.51 |

Debtor   **Svetness, Corp.**
         Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Contensive 505 Howell Street Harpers Ferry, WV 25425** | | | | | | **$32,240.00** |

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Svetness, Corp.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen Ashurkoff**<br>**42963 Chancery Terrace**<br>**MD 21480** | **0.667%** | | |
| **Svetlozar Nikolaev Zurkov**<br>**1100 Brickell Bat Drive**<br>**Miami, FL 33131** | **99.267%** | | |
| **Vadim Drumea**<br>**PO Box 4435**<br>**Leesburg, VA 20177** | **0.0067%** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 17, 2026**

Signature    **/s/ Svetlozar Zurkov**

**Svetlozar Zurkov**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

American Express
200 Vesey St,
New York, NY 10285


Bark.com
85 Great Portland Street,
London, England, W1W 7LT


Bay First National Bank
700 Central Avenue
Saint Petersburg, FL 33701


BlueVine Capital
500 Arguello St FL 3
Redwood City, CA 94063


Brex
270 Brannan St,
San Francisco, CA 94107


Capital One
1957 W. Moreland Road
Richmond, VA 23276


Citibank


Contensive
505 Howell Street
Harpers Ferry, WV 25425


DivvyPay, Inc.
13707 South 200 West
Draper, UT 84020


FIBR, LLC
32107 Lindero Canyon Road
Unit 233
Westlake Village, CA 91361


Fox Funding Group, LLC
803 S. 21st Avenue
Hollywood, FL 33020

Gong.io
201 Spear Street, 13th Floor
San Francisco, CA 94105


Google
1600 Amphitheatre Parkway
Mountain View, CA 94043


Grasshopper Bank
261 5th Avenue Suite 610
New York, NY 10016


Holly Funding LLC
10800 Biscayne Blvd Ste 630
Miami, FL 33161


HumanDecode
490 43rd Street
Oakland, CA 94609


In Advance Capital
10 West 37th Street Suite 6E
New York, NY 10018


Interexy, LLC
275 Commercial Blvd STE 301
Fort Lauderdale, FL 33308


JPMorgan Chase Bank NA
270 Park Avenue
New York, NY 10017


Kyle Myers
19334 Emerland Park Drive
Leesburg, VA 20175


Law Offices of Jibrael Hindi
1515 NE 26th St
Fort Lauderdale, FL 33305


Maison Capital Group Inc.
4601 Sheridan St Suite 320
Hollywood, FL 33021

National Funding Inc.
4380 La Jolla Village Drive
San Diego, CA 92122


Nikolai Zurkov
Eight March Number 6, Elena,
V.Tarnovo, Bulgaria


ODK Capital LLC
450 Veterans Memorial Pkwy Ste
East Providence, RI 02914


PaperBox SEO
301 Grant St # 4300
Pittsburgh, PA 15219


Pillsbury Winthrop Shaw Pittma
1200 17th St NW,
Washington, DC 20036


Removify
526 S Mill Ave Suite 201
Tempe, AZ 85281


Reston Law Group
2100 Reston Pkwy Suite 450
Reston, VA 20191


Snyder Cohn Collyer Hamilton &
4520 East WEst Highway
Suite 520
Bethesda, MD 20814


SQ Advance, LLC
7901 4th Street North
Suite 300
Saint Petersburg, FL 33702


SupportYourApp, Inc.
221 W 10th Street, 4th Floor,
Wilmington, DE 19801

U.S. Small Business Administra
409 3rd Street, S.W
Washington, DC 20416


Well Fargo Bank
333 Market Street
San Francisco, CA 94105

# United States Bankruptcy Court
### Eastern District of Virginia

In re __Svetness, Corp.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Svetness, Corp.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 17, 2026__

Date

/s/ Justin P. Fasano

**Justin P. Fasano**

Signature of Attorney or Litigant

Counsel for __Svetness, Corp.__

**McNamee Hosea,  P.A.**
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**